**Petition for Writ of Mandamus Denied and Opinion filed March 11, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00099-CV

### IN RE O.A.O., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-76763**

---

## MEMORANDUM OPINION

On Tuesday, February 23, 2021, relator, Omar Abdullah Omar, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Barbara J. Stalder, presiding judge of the 280th District Court of Harris County, to vacate her final protective order entered October 13, 2020.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.